1  **Robert K. Phillips - 135088**
   **Sharon E. How - 216812**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, 10th Floor
3  San Francisco, California 94108
   Phone: (415) 278-9400
4  Fax: (415) 278-9411

5  Attorneys for Defendants
   Nancy Ney and Nancy Ney Studios, Inc.
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 JENNIFER TORO, an individual and          ) Case No. **C 05-3334 MMJ**
   WILLIAM ALERS, an individual              )
12                                           ) ORDER GRANTING
                      Plaintiffs,            ) **STIPULATION TO EXTEND TIME TO**
13                                           ) **RESPOND TO COMPLAINT**
   v.                                        )
14                                           )
   JPMORGAN CHASE BANK, N.A.                 )
15 (erroneously sued as J.P. MORGAN CHASE    )
   BANK, INC.), a Delaware Corporation,      )
16 GETTY IMAGES, INC., a Washington          )
   Corporation, DIGITAL VISION               )
17 ONLINE.COM, LLC, a Delaware Limited       )
   Liability Company, NANCY NEY, an          )
18 individual, and NANCY NEY STUDIOS,        )
   INC., a New York Corporation,             )
19                                           )
                      Defendants.            )
20                                           )
                                             )
21                                           )
   _____  )
22

23

24        Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. Morgan Chase

25 Bank, Inc.), DIGITAL VISION ONLINE.COM, LLC, NANCY NEY, and NANCY NEY

26 STUDIOS, INC. (hereafter referred to as "Defendants") and Plaintiffs JENNIFER TORO and

27 WILLIAM ALERS (hereinafter referred to as "Plaintiffs") by and through their undersigned counsel,

28 hereby stipulate as follows:

Stipulation to Extend Time to Respond to Complaint
Case No. C 05-3334 MMJ                                                                    1

1   Defendants' responsive pleadings to Plaintiffs' Complaint are due October 17, 2005.
2   Plaintiffs hereby grant Defendants an extension of time until October 31, 2005 to file their
3   responsive pleadings to the Complaint in this matter.
4   So Stipulated:

5

6   Date: October 14, 2005                    LAW OFFICES OF ALAN KORN

7

8
                                              By:_____/s/_____
9                                             Alan Korn, Esq.
                                              Attorneys for Plaintiffs
10

11
    Date: October 14, 2005                    DAVIS WRIGHT TREMAINE
12

13
                                              By:_____/s/_____
14                                            Susan Seager, Esq.
                                              Attorneys for Defendants
15                                            DIGITAL VISION ONLINE.COM, LLC

16

17  Date: October 14, 2005                    JPMORGAN CHASE BANK, N.A.

18

19                                            By:_____/s/_____

20

21  I attest that counsel for Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P.
    Morgan Chase Bank, Inc.), DIGITAL VISION ONLINE.COM, LLC, and Plaintiffs JENNIFER
22  TORO and WILLIAM ALERS (hereinafter referred to as "Plaintiffs") concur with the filing of this
    Stipulation.
23

24  Date: October 14, 2005                    PHILLIPS SPALLAS & ANGSTADT, LLP

25
                                              By:_____/s/_____
26                                            Sharon E. How, Esq.
                                              Attorneys for Defendants
27                                            NANCY NEY and NANCY NEY STUDIOS, INC.

28       IT IS SO ORDERED,
                          10/23/2005
    Stipulation to Extend Time to Respond to Complaint
    Case No. C 05-3334 MMJ                                                                        2