1  **Robert K. Phillips - 135088**
   **Sharon E. How - 216812**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, 10th Floor
3  San Francisco, California 94108
   Phone: (415) 278-9400
4  Fax: (415) 278-9411

5  Attorneys for Defendants
   Nancy Ney and Nancy Ney Studios, Inc.
6

FILED
DEC 0 9 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7            UNITED STATES DISTRICT COURT
8            NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  JENNIFER TORO, an individual and<br>11  WILLIAM ALERS, an individual<br>12           Plaintiffs,<br>13  v.<br>14  JPMORGAN CHASE BANK, N.A.<br>    (erroneously sued as J.P. MORGAN CHASE<br>15  BANK, INC.), a Delaware Corporation,<br>    GETTY IMAGES, INC., a Washington<br>16  Corporation, DIGITAL VISION<br>    ONLINE.COM, LLC, a Delaware Limited<br>17  Liability Company, NANCY NEY, an<br>    individual, and NANCY NEY STUDIOS,<br>18  INC., a New York Corporation,<br>19           Defendants. | Civil Action Case No. C-05-3334 MJJ<br><br>**SUBSTITUTION OF ATTORNEY OF DEFENDANTS JPMORGAN CHASE BANK, N.A., GETTY IMAGES, INC., DIGITAL VISION ONLINE.COM, LLC**<br><br>Court:  Room 11, 19th Floor<br>Judge:  Hon. Martin J. Jenkins |

23    TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD

24  HEREIN, PLEASE TAKE NOTICE THAT defendants JPMORGAN CHASE BANK, N.A..,

25  GETTY IMAGES, INC., DIGITAL VISION ONLINE.COM, LLC hereby substitutes Phillips,

26  Spallas & Angstadt LLP, 650 California Street, Tenth Floor, San Francisco, CA 94108 as

27  attorney of record in the place and stead of Davis Wright Tremaine LLP, 865 S. Figueroa Street,

28  Suite 2400 Los Angeles, California 90017-2566

SUBSTITUTION OF ATTORNEY
Case No. C 05-3334 MMJ                                                          1

| | | |
|---|---|---|
| 1 | I consent to this Substitution. | |
| 2 | DATED: December 5, 2005 | JPMorgan Chase Bank, N.A. |
| 4 | | By: /s/ Susan Seager |
| 5 | I consent to this Substitution. | |
| 6 | DATED: December 5, 2005 | Getty Images, Inc., Digital Vision Online.com, LLC |
| 7 | | By: /s/ Susan Seager |
| 9 | I consent to this Substitution. | |
| 10 | DATED: December 5, 2005 | Davis WRIGHT TREMAINE LLP<br>Susan E. Seager |
| 12 | | By: /s/ Susan E. Seager<br>Susan E. Seager<br>Attorneys for Defendants<br>GETTY IMAGES, INC., DIGITAL VISION ONLINE.COM, LLC, and JPMORGAN CHASE BANK, NA. |
| 15 | I consent to this Substitution. | |
| 16 | DATED: December 5, 2005 | PHILLIPS, SPALLAS & ANGSTADT LLP<br>Sharon E. How |
| 18 | | By: /s/ Sharon How<br>Sharon How<br>Attorneys for Defendants<br>NANCY NEY and NANCY NEY STUDIOS, INC. |

Substitution of Attorney is hereby approved.

Dated: December 9, 2005     By: /s/ Martin J. Jenkins
The Honorable Martin J. Jenkins
United States District Judge

SUBSTITUTION OF ATTORNEY
Case No. C 05-3334 MMJ                                              2