IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TORO, WILLIAM ALERS, | No. C-04-3736 MJJ |
| Plaintiffs, | **ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| v. | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

On February 6, 2006, the parties filed a Stipulated Protective Order. (Doc. #37.) The Court orders the parties to submit a revised Stipulated Protective Order complying with following requirements:

1. Provide detailed instructions for filing confidential materials under seal. In addition to placing documents in a sealed envelope with instructions that the document is filed pursuant to the Stipulated Protective Order and that the envelope is not to be opened absent further order of the court, the envelope should be labeled to identify the title of the case, the case number, and the title of the document; and

2. Designate a time limit on the Court's jurisdiction to enforce the terms of the Order (e.g. six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: February 10, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE