United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JENNIFER TORO, WILLIAM ALERS,                    No. C-05-3334 MJJ

12                 Plaintiffs,                         **ORDER REGARDING STIPULATED**
                                                       **PROTECTIVE ORDER**
13      v.

14   JPMORGAN CHASE BANK, N.A., *et al.*,

15                 Defendants.
     _____/
16

17           On February 6, 2006, the parties filed a Stipulated Protective Order.  (Doc. #37.)  The Court

18   orders the parties to submit a revised Stipulated Protective Order complying with following

19   requirements:

20   1.    Provide detailed instructions for filing confidential materials under seal.  In addition to
           placing documents in a sealed envelope with instructions that the document is filed pursuant
21         to the Stipulated Protective Order and that the envelope is not to be opened absent further
           order of the court, the envelope should be labeled to identify the title of the case, the case
22         number, and the title of the document; and

23   2.    Designate a time limit on the Court's jurisdiction to enforce the terms of the Order (e.g. six
           months after final termination of the action).
24
           **IT IS SO ORDERED.**
25
     Dated: February 13, 2006
26                                                    _____
                                                      MARTIN J. JENKINS
27                                                    UNITED STATES DISTRICT JUDGE

28