**ALAN KORN - 167933**
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Phone: (510) 548-7300
Fax: (510) 540-4821

Attorneys for Plaintiffs

**Robert K. Phillips - 135088**
**Sharon E. How - 216812**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TORO, an individual and WILLIAM ALERS, an individual<br><br>    Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, INC.), a Delaware Corporation, GETTY IMAGES, INC., a Washington Corporation, DIGITAL VISION ONLINE.COM, LLC, a Delaware Limited Liability Company, NANCY NEY, an individual, and NANCY NEY STUDIOS, INC., a New York Corporation,<br><br>    Defendants. | Case No. **C 05-3334 MJJ**<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER**<br><br>Current Mediation Deadline: April 3, 2006<br>Mediator: Jo S. Levy<br>Tentative Mediation Date: March 24, 2006 |

_____Based on the ongoing good faith efforts of Plaintiffs and Defendants to informally resolve all discovery disputes concerning Defendants' licensing of the Photograph depicting Plaintiffs

prior to mediation, and based on Defendant Nancy Ney's inability to attend mediation in San Francisco in late March 2006 due to a recent family illness, Plaintiffs and Defendants hereby stipulate to extend the deadline to complete mediation in the above matter to April 30, 2006.

Date: March 15, 2006    LAW OFFICE OF ALAN KORN

By: /s/ Alan Korn
Alan Korn, Esq.
Attorneys for Plaintiffs

Date: March 15, 2006    PHILLIPS SPALLAS & ANGSTADT, LLP

By:/s/ Sharon How
Sharon E. How, Esq.
Attorneys for Defendants

**ORDER**

This court having reviewed the parties' stipulation to extend the deadline to complete mediation in the above matter, and finding good cause;

IT IS HEREBY ORDERED that the deadline to complete Mediation shall be extended to April 30, 2006.

IT IS SO ORDERED.

Dated: 3/16/2006

**UNITED STATES DISTRICT JUDGE**

Stipulation to Extend Deadline to Complete Mediation and [Proposed] Order
Case No. C 05-3334 MJJ    2