**Robert K. Phillips - 135088**
**Sharon E. How - 216812**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Defendants

FILED
MAR 30 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TORO, an individual and WILLIAM ALERS, an individual<br><br>            Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, INC.), a Delaware Corporation, GETTY IMAGES, INC., a Washington Corporation, DIGITAL VISION ONLINE.COM, LLC, a Delaware Limited Liability Company, NANCY NEY, an individual, and NANCY NEY STUDIOS, INC., a New York Corporation,<br><br>            Defendants. | Case No. C 05-3334 MJJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR AT MEDIATION BY TELEPHONE<br><br>Mediation Date: April 27, 2006<br>Time: 10:00a.m.<br>Mediator: Jo S. Levy |

The Court, having reviewed Defendants Getty Images, Inc., Digital Vision Online.com, LLC, Nancy Ney, and Nancy Ney Studios, Inc.'s request to attend Mediation by telephone, and finding good cause; *and having reviewed Plaintiffs' opposition*

IT IS HEREBY ORDERED Defendants Getty Images, Inc., Digital Vision Online.com, LLC, Nancy Ney, and Nancy Ney Studios, Inc. may attend Mediation by telephone in the above

[Proposed] Order Granting Defendants' Request to Appear at Mediation by Telephone
Case No. C 05-3334 MJJ                                                                                                                            1

1  captioned matter.

2      IT IS SO ORDERED.

3

4  Dated: **3/30/06**    *Wayne D. Brazil*

5                                          ADR MAGISTRATE JUDGE

[Proposed] Order Granting Defendants' Request to Appear at Mediation by Telephone
Case No. C 05-3334 MJJ        2