1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
3  Berkeley, California 94703
   Phone: 510/548-7300
4  Fax: 510/540-4821

5  Attorney for Plaintiffs
6  Jennifer Toro and William Alers

7

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12  JENNIFER TORO, an individual, and          )    Case No. C 05-3334 MJJ
    WILLIAM ALERS, an individual,              )
13                                             )
              Plaintiffs.                      )    STIPULATION TO EXTEND
14                                             )    DISCOVERY, EXPERT
    v.                                         )    DISCLOSURE AND DISPOSITIVE
15                                             )    MOTION DEADLINES
    JPMORGAN CHASE BANK, N.A.                  )     and ORDER
16   (erroneously sued as J.P. MORGAN          )
    CHASE BANK, INC.), a Delaware              )    Court:   Room 11, 19th Floor
17  Corporation, GETTY IMAGES, INC., a         )    Judge:   Hon. Martin J. Jenkins
    Washington Corporation, DIGITAL            )
18  VISION ONLINE.COM, LLC, a Delaware         )
    Limited Liability Company, NANCY NEY,      )
19  an individual and NANCY NEY STUDIOS,       )
    INC., a New York Corporation,              )
20                                             )
              Defendants.                      )
21  _____)

22

23         Plaintiffs JENNIFER TORO and WILLIAM ALERS ("Plaintiffs") and Defendants JP

24  MORGAN CHASE BANK N.A. (erroneously sued as J.P. Morgan Chase Bank, Inc.), DIGITAL

25  VISION ONLINE.COM, LLC, GETTY IMAGES, INC., NANCY NEY and NANCY NEY

26  STUDIOS, INC. ("Defendants") by and through their undersigned counsel, hereby stipulate as

27  follows:

28

Because of scheduling conflicts involving the parties and their counsel (including trial with Defendants' counsel scheduled from June 12 2006 through June 22, 2006) and the need for judicial resolution of outstanding discovery issues arising from Plaintiffs' pending motion to compel production of documents and further interrogatory responses, the parties hereby stipulate to the following extensions:

1.    Discovery Cut-Off:  July 7, 2006.

2.    Designation of Experts by:  July 14, 2006

            Plaintiffs -- 3  Defendants -- 3

3.    Expert Reports to be Tendered by:  July 21, 2006

4.    Designation of Supplemental Experts and Expert Reports:  August 4, 2006

5.    Expert Discovery Cutoff:  August 18, 2006

6.    Dispositive Motions heard by:  September 19, 2006

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


                                        LAW OFFICE OF ALAN KORN


DATED:_____        /s/ Alan Korn_____

                                        Alan Korn, Esq.
                                        Attorneys for Plaintiff


                                        PHILLIPS, SPALLAS & ANGSTADT LLP


DATED:_____        /s/  Sharon How_____

                                        Sharon E. How, Esq.
                                        Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: __5/24/2006_____    By: _____

                                        Judge Martin J. Jenkins

**PROOF OF SERVICE**

I, Alan Korn, declare as follows:

I am employed by Law Office of Alan Korn in Alameda County, California. I am over the age of eighteen (18) years; my business and employment address is 1840 Woolsey Street, Berkeley, California 94703.

On May 15, 2006, I served a true copy of the following:

**STIPULATION TO EXTEND DISCOVERY, EXPERT DISCLOSURE AND DISPOSITIVE MOTION DEADLINES**

on the parties listed below in this action by causing them to be mailed via email and U.S. Mail, postage prepaid, to the addressees at the following address:

Sharon How
Phillips, Spallas & Angstadt, LLP
650 California Street, 10th Floor
San Francisco, California 94108
show@psalaw.net

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct. Executed on May 15, 2006, at Berkeley, California.

_____/s/ Alan Korn_____
Alan Korn