**ALAN KORN - 167933**
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Phone: (510) 548-7300
Fax: (510) 540-4821

Attorneys for Plaintiffs

**Robert K. Phillips - 135088**
**Sharon E. How - 216812**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TORO, an individual and WILLIAM ALERS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, INC.), a Delaware Corporation, GETTY IMAGES, INC., a Washington Corporation, DIGITAL VISION ONLINE.COM, LLC, a Delaware Limited Liability Company, NANCY NEY, an individual, and NANCY NEY STUDIOS, INC., a New York Corporation,<br><br>Defendants.<br>_____ | Case No. **C 05-3334 MJJ**<br><br>**STIPULATION TO CONTINUE PLAINTIFF JENNIFER TORO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER INTERROGATORY RESPONSES AND [~~PROPOSED~~] ORDER**<br><br>Current Hearing Date: June 23, 2006<br>Proposed Hearing Date: August 11, 2006 |

Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. Morgan

Chase Bank, Inc.), DIGITAL VISION ONLINE.COM, LLC, NANCY NEY, and NANCY

1  NEY STUDIOS, INC. (hereafter referred to as "Defendants") and Plaintiffs JENNIFER
2  TORO and WILLIAM ALERS (hereinafter referred to as "Plaintiffs") by and through
3  their undersigned counsel, hereby stipulate as follows:
4      The hearing date on Plaintiff Jennifer Toro's Motion to Compel Production of
5  Documents and Further Interrogatory Responses is currently set for June 23, 2006.
6  The parties are however engaged in extensive settlement discussions and wish to
7  continue the June 23, 2006 hearing date.  Based on the ongoing good faith efforts of
8  Plaintiffs and Defendants in these settlement discussions, and in order to further
9  encourage good faith settlement discussions, Plaintiffs and Defendants hereby stipulate
10 to continue the hearing date on Plaintiff Jennifer Toro's Motion to Compel Production of
11 Documents and Further Interrogatory Responses in the above matter to August 11,
12 2006.
13     So Stipulated:
14
15 Date: June 14, 2006                      LAW OFFICE OF ALAN KORN
16
17                                           By: /s/ Alan Korn
                                          Alan Korn, Esq.
                                          Attorneys for Plaintiffs
18
19 Date: June 14, 2006                      PHILLIPS SPALLAS & ANGSTADT, LLP
20
21                                           By:/s/ Sharon How
                                          Sharon E. How, Esq.
                                          Attorneys for Defendants
22
23
24                                       **ORDER**
25     This court having reviewed the parties' stipulation to continue the hearing date on
26 Plaintiff Jennifer Toro's Motion to Compel Production of Documents and Further
27 Interrogatory Responses in the above matter to August 11, 2006, and finding good

Stipulation to Continue Hearing Date and [~~Proposed~~] Order
Case No. C 05-3334 MJJ
2

1  cause;

2  IT IS HEREBY ORDERED that the hearing date on Plaintiff Jennifer Toro's

3  Motion to Compel Production of Documents and Further Interrogatory Responses in the

4  above matter is continued to August 11, 2006, at 1:30 PM.

5  IT IS SO ORDERED.

7  Dated: June 16, 2006

8  Magistrate Judge Joseph C. Spero

Stipulation to Continue Hearing Date and [Proposed] Order
Case No. C 05-3334 MJJ

3

# PROOF OF SERVICE
**Jennifer Toro et al. v. J. P. Morgan Chase Bank, Inc. et al.**

United States District Court Northern District of California Case No. C 05-3334 MJJ

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on **June 14, 2006**, I served the within**:**
**STIPULATION TO CONTINUE PLAINTIFF JENNIFER TORO′S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER INTERROGATORY RESPONSES AND [PROPOSED] ORDER**

on the parties listed in said cause by causing them to be sent via email, to the addressee at the following address; and by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service;

Alan Korn, Esq.
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Phone: (510) 548-7300
aakorn@igc.org

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 14, 2006**, at San Francisco, California.

        /s/ Ada Yu

        Ada Yu