**ALAN KORN - 167933**
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Phone: (510) 548-7300
Fax: (510) 540-4821

Attorneys for Plaintiffs

**Robert K. Phillips - 135088**
**Sharon E. How - 216812**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TORO, an individual and WILLIAM ALERS, an individual<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, INC.), a Delaware Corporation, GETTY IMAGES, INC., a Washington Corporation, DIGITAL VISION ONLINE.COM, LLC, a Delaware Limited Liability Company, NANCY NEY, an individual, and NANCY NEY STUDIOS, INC., a New York Corporation,<br><br>　　　　　Defendants. | Case No. **C 05-3334 MJJ**<br><br>**STIPULATION TO EXTEND DISCOVERY, EXPERT DISCLOSURE, DISPOSITIVE MOTION DEADLINES, AND TRIAL** AND ORDER<br><br>Court: Room 11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |

Plaintiffs JENNIFER TORO and WILLIAM ALERS ("Plaintiffs") and Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, INC.), GETTY IMAGES, INC., DIGITAL VISION ONLINE.COM, LLC, NANCY NEY, and NANCY NEY STUDIOS, INC. ("Defendants") by and through their undersigned counsel, hereby stipulate as follows:

Based on the ongoing good faith efforts of Plaintiffs and Defendants to attempt to resolve this lawsuit through settlement discussions, Plaintiffs and Defendants hereby stipulate to the following extensions:

1. Discovery cut-off: July 21, 2006
2. Designation of Experts by: July 28, 2006
   Plaintiffs - 3; Defendants - 3
3. Expert Reports to be tendered by: August 4, 2006
4. Designation of Supplemental Experts and Expert Reports: August 11, 2006
5. Expert Discovery Cutoff: August 25, 2006
6. Dispositive Motions heard by: November 21, 2006
7. Pretrial Conference date: February 6, 2007
8. Trial: February 12, 2007

Date: July 5, 2006          LAW OFFICE OF ALAN KORN

                            By: /s/ Alan Korn
                            Alan Korn, Esq.
                            Attorneys for Plaintiffs

Date: July 5, 2006          PHILLIPS SPALLAS & ANGSTADT, LLP

                            By:/s/ Sharon How
                            Sharon E. How, Esq.
                            Attorneys for Defendants

1 **ORDER**

2 This court having reviewed the parties' Stipulation to Extend Discovery, Expert

3 Disclosure, Dispositive Motion Deadlines, and Trial in the above matter, and finding good cause;

4 PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6 Dated: 7/7/2006 _____

7 **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**Jennifer Toro et al. v. J. P. Morgan Chase Bank, Inc. et al.**

United States District Court Northern District of California Case No. C 05-3334 MJJ

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on **July 5, 2006**, I served the within**:**

**STIPULATION TO EXTEND DISCOVERY, EXPERT DISCLOSURE, DISPOSITIVE MOTION DEADLINES, AND TRIAL**

on the party listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service.

Alan Korn, Esq.
Law Office of Alan Korn
1840 Woolsey Street
Berkeley, CA 94703
ph. 510/548-7300
fax 510/540-4821

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 5, 2006**, at San Francisco, California.

Joseph Clark