1 | **Robert K. Phillips – 135088**
**Sharon E. How – 216812**
2 | PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
3 | San Francisco, California 94108
Telephone: (415) 278-9400
4 | Facsimile: (415) 278-9411

5 | Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TORO, an individual, and WILLIAM ALERS, an individual, | Case No. C 05-3334 MJJ |
| Plaintiffs. | STIPULATTED ORDER OF DISMISSAL GRANTED |
| v. | Court: Room 11, 19th Floor |
| JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, INC.), a Delaware Corporation, GETTY IMAGES, INC., a Washington Corporation, DIGITAL VISION ONLINE.COM, LLC, a Delaware Limited Liability Company, NANCY NEY, an individual and NANCY NEY STUDIOS, INC., a New York Corporation, | Judge: Hon. Martin J. Jenkins |
| Defendants. | |

Plaintiffs JENNIFER TORO and WILLIAM ALERS ("Plaintiffs") and Defendants JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, INC.), GETTY IMAGES, INC., DIGITAL VISION ONLINE.COM, LLC, NANCY NEY, and NANCY NEY STUDIOS, INC. ("Defendants") by and through their undersigned counsel, hereby stipulate as follows:

-1-
STIPULATED ORDER OF DISMISSAL | Case No. C05-3334 MJJ
*Jennifer Toro, et al. v. JPMorgan Chase Bank, N.A., et al.* | *Northern District of California*

|   |   |   |
|---|---|---|
| 1 | Pursuant to a settlement reached between the parties, this action is hereby dismissed, in its entirety, with prejudice, with each party to bear its own costs. | |
| 2 | | |
| 3 | Date: August 24, 2006 | LAW OFFICE OF ALAN KORN |
| 5 | By: | /s/ Alan Korn |
| 6 | | Alan Korn, Esq. |
| | | Attorneys for Plaintiffs |

Date: August 24, 2006    PHILLIPS SPALLAS & ANGSTADT, LLP

By:    /s/ Sharon How
Sharon E. How, Esq.
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/30/2006    By: _____
Judge Martin J. Jenkins